719 A.2d 742

**BOROUGH OF DOWNINGTOWN**

v.

**Thomas J. WAGNER, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1998.

Decided Nov. 9, 1998.

*ORDER*

PER CURIAM:

Order affirmed.

FLAHERTY, C.J., and ZAPPALA, J., dissent.